MILBERG LLP
JEFF S. WESTERMAN (SBN 94559)
jwesterman@milberg.com
SABRINA S. KIM (SBN 186242)
skim@milberg.com
ANDREW J. SOKOLOWSKI (SBN 226685)
asokolowski@milberg.com
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA  90071
Telephone: (213) 617-1200
Facsimile:  (213) 617-1975

MILBERG LLP
ANDREI V. RADO
arado@milberg.com
One Pennsylvania Plaza, 49th Floor
New York, NY  10119
Telephone: (212) 594-5300
Facsimile:  (212) 868-1229

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BEVERLY KING and NANCY GLENNON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITIMORTGAGE, Inc., a member of CITIGROUP Inc.,<br><br>Defendant. | CASE NO. CV 10-03792 DSF (PLAx)<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF ANDREW J. SOKOLOWSKI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS<br><br>DATE:     March 7, 2011<br>TIME:     1:30 p.m.<br>CTRM.:   840<br>JUDGE:   Hon. Dale S. Fischer |

[Caption Continued on the Following Page]

---

DECL. OF ANDREW J. SOKOLOWSKI IN SUPPORT OF PLAINTIFFS' OPP. TO DEFENDANT'S MOTION TO DISMISS

CASE NO.: CV 10-03792 DSF (PLAx)

DOCS\544440v1

| | |
|---|---|
| HANNA BERNARD, on behalf of herself and all other similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>CITIMORTGAGE, INC.,<br><br>                Defendant. | CASE NO. 10-6292 DSF (PLAx) |
| MARIA BETANCOURT and PEDRO BETANCOURT, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>CITIMORTGAGE, INC.,<br><br>                Defendants. | CASE NO. 2:10-cv-7049 DSF (PLAx) |
| CARLA CHUI, MAURIZIO VERDINI, ELIZABETH DANIEL, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>CITIMORTGAGE, INC.,<br><br>                Defendant. | CASE NO. CV 10-7385 DSF (PLAx) |

| | |
|---|---|
| DECL. OF ANDREW J. SOKOLOWSKI IN SUPPORT OF PLAINTIFFS' OPP. TO DEFENDANT'S MOTION TO DISMISS | CASE NO.: CV 10-03792 DSF (PLAx) |

DOCS\544440v1

I, ANDREW J. SOKOLOWSKI, declare:

1. I am an attorney duly licensed to practice before this Court. I am an associate with the law firm of Milberg LLP, counsel for Plaintiffs. I make this declaration in support of Plaintiffs' Opposition to Defendant's Motion to Dismiss. Unless otherwise noted, I have personal knowledge of the matters set forth in this declaration, and could and would testify competently thereto if called as a witness.

2. Attached as Exhibit A is a true and correct copy of HAMP Supplemental Directive 09-07 (Oct. 8, 2009), *available at* https://www.hmpadmin.com/portal/programs/docs/hamp_servicer/sd0907.pdf.

3. Attached as Exhibit B is a true and correct copy of a U.S. Treasury Department Office of Financial Stability, Troubled Asset Relief Program, Transactions Report (Jan. 19, 2011), *available at* http://www.treasury.gov/initiatives/financial-stability/briefing-room/reports/tarp-transactions/DocumentsTARPTransactions/1-21-11%20Transactions%20Report%20as%20of%201-19-11.pdf.

4. Attached as Exhibit C is a true and correct copy of a Citigroup press release entitled, "Citi Reports Second Quarter Foreclosure Prevention Activities Helped 108,000 U.S. Homeowners" (Aug. 25, 2009).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 24th day of January 2010, at Los Angeles, California.

DATED: January 24, 2011        MILBERG LLP
                               JEFF S. WESTERMAN
                               SABRINA S. KIM
                               ANDREW J. SOKOLOWSKI

                                   */s/ Andrew J. Sokolowski*
                               ANDREW J. SOKOLOWSKI

| DECL. OF ANDREW J. SOKOLOWSKI IN SUPPORT OF PLAINTIFFS' OPP. TO DEFENDANT'S MOTION TO DISMISS | - 1 - | CASE NO.: CV 10-03792 DSF (PLAx) |

DOCS\544440v1

1
2  One California Plaza
   300 S. Grand Avenue, Suite 3900
3  Los Angeles, CA  90071
   Telephone: (213) 617-1200
4  Facsimile:  (213) 617-1975
   Email: jwesterman@milberg.com
5    skim@milberg.com
     asokolowski@milberg.com
6
   MILBERG LLP
7  ANDREI V. RADO
   arado@milberg.com
8  One Pennsylvania Plaza, 49th Floor
   New York, NY  10119
9  Telephone: (212) 594-5300
   Facsimile:  (212) 868-1229
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| DECL. OF ANDREW J. SOKOLOWSKI IN SUPPORT OF PLAINTIFFS' OPP. TO DEFENDANT'S MOTION TO DISMISS | - 2 - | CASE NO.:  CV 10-03792 DSF (PLAx) |

DOCS\544440v1