1  MILBERG LLP
   JEFF S. WESTERMAN (SBN 94559)
2  jwesterman@milberg.com
   SABRINA S. KIM (SBN 186242)
3  skim@milberg.com
   ANDREW J. SOKOLOWSKI (SBN 226685)
4  asokolowski@milberg.com
   One California Plaza
5  300 S. Grand Avenue, Suite 3900
   Los Angeles, CA  90071
6  Telephone: (213) 617-1200
   Facsimile:  (213) 617-1975
7
   MILBERG LLP
8  ANDREI V. RADO
   arado@milberg.com
9  One Pennsylvania Plaza, 49th Floor
   New York, NY  10119
10 Telephone: (212) 594-5300
   Facsimile:  (212) 868-1229
11
   *Counsel for Plaintiffs*
12
                UNITED STATES DISTRICT COURT
13
                CENTRAL DISTRICT OF CALIFORNIA
14
                      WESTERN DIVISION
15

| | |
|---|---|
| BEVERLY KING and NANCY GLENNON, individually and on behalf of all others similarly situated, | CASE NO. CV 10-03792 DSF (PLAx) |
| Plaintiffs, | <u>CLASS ACTION</u> |
| v. | PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS |
| CITIMORTGAGE, Inc., a member of CITIGROUP Inc., | |
| Defendant. | DATE:      March 7, 2011<br>TIME:      1:30 p.m.<br>CTRM.:    840<br>JUDGE:    Hon. Dale S. Fischer |

[Caption Continued on the Following Page]

| PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS | | CASE NO.: CV 10-03792 DSF (PLAx) |
|---|---|---|

DOCS\544439v1

| | |
|---|---|
| HANNA BERNARD, on behalf of herself and all other similarly situated, | ) CASE NO. 10-6292 DSF (PLAx) |
| Plaintiff, | ) |
| v. | ) |
| CITIMORTGAGE, INC., | ) |
| Defendant. | ) |
| MARIA BETANCOURT and PEDRO BETANCOURT, individually and on behalf of all others similarly situated, | ) CASE NO. 2:10-cv-7049 DSF (PLAx) |
| Plaintiffs, | ) |
| v. | ) |
| CITIMORTGAGE, INC., | ) |
| Defendants. | ) |
| CARLA CHUI, MAURIZIO VERDINI, ELIZABETH DANIEL, on behalf of themselves and all others similarly situated, | ) CASE NO. CV 10-7385 DSF (PLAx) |
| Plaintiffs, | ) |
| v. | ) |
| CITIMORTGAGE, INC., | ) |
| Defendant. | ) |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS | | CASE NO.: CV 10-03792 DSF (PLAx) |
|---|---|---|

DOCS\544439v1

1
2

Plaintiffs, by and through their attorneys, hereby request the Court to take judicial notice pursuant to Federal Rule of Evidence 201 of the following:

3
4
5

1.    HAMP Supplemental Directive 09-07 (Oct. 8, 2009), *available at* https://www.hmpadmin.com/portal/programs/docs/hamp_servicer/sd0907.pdf, attached as Exhibit A to the Declaration of Andrew J. Sokolowski; and

6
7
8
9
10
11

2.    U.S. Treasury Department Office of Financial Stability, Troubled Asset Relief Program, Transactions Report (Jan. 19, 2011), *available at* http://www.treasury.gov/initiatives/financial-stability/briefing-room/reports/tarp-transactions/DocumentsTARPTransactions/1-21-11%20Transactions%20Report%20as%20of%201-19-11.pdf, attached as Exhibit B to the Declaration of Andrew J. Sokolowski.

12
13
14
15

3.    Citigroup press release entitled, "Citi Reports Second Quarter Foreclosure Prevention Activities Helped 108,000 U.S. Homeowners" (Aug. 25, 2009) *available at* http://www.citigroup.com/citi/press/2009/090825a.htm, attached as Exhibit C to the Declaration of Andrew J. Sokolowski.

16
17
18

DATED: January 24, 2011          MILBERG LLP
                                 JEFF S. WESTERMAN
                                 SABRINA S. KIM
                                 ANDREW J. SOKOLOWSKI

19
20

                                 */s/ Andrew J. Sokolowski*
                                 ANDREW J. SOKOLOWSKI

21
22
23
24
25

                                 One California Plaza
                                 300 S. Grand Avenue, Suite 3900
                                 Los Angeles, CA 90071
                                 Telephone: (213) 617-1200
                                 Facsimile: (213) 617-1975
                                 Email: jwesterman@milberg.com
                                   skim@milberg.com
                                   asokolowski@milberg.com

26
27
28

| PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS | - 1 - | CASE NO.: CV 10-03792 DSF (PLAx) |
|---|---|---|

DOCS\544439v1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MILBERG LLP
ANDREI V. RADO
arado@milberg.com
One Pennsylvania Plaza, 49th Floor
New York, NY  10119
Telephone: (212) 594-5300
Facsimile:  (212) 868-1229

| PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS | - 2 - | CASE NO.:  CV 10-03792 DSF (PLAx) |
|---|---|---|

DOCS\544439v1