**MILBERG LLP**
JEFF S. WESTERMAN (SBN 94559)
jwesterman@milberg.com
DAVID E. AZAR (SBN 218319)
dazar@milberg.com
CHRISTIAN KEENEY (SBN 269533)
ckeeney@milberg.com
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

*Counsel for Plaintiffs*

[Additional Counsel on Signature Page]

# UNITED STATES JUDICIAL PANEL
## ON
## MULTIDISTRICT LITIGATION

and

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| IN RE: CITIMORTGAGE, INC. HOME AFFORDABLE MODIFICATION PROGRAM ("HAMP") LITIGATION | MDL No. 2274 <br> NOTICE OF DECISION OF MDL PANEL |
| RELATED TO THIS ACTION | |
| BEVERLY KING and NANCY GLENNON, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CITIMORTGAGE, Inc., a member of CITIGROUP Inc., <br><br> Defendant. | Case No. 2:10-03792 DSF (PLAx) <br> Consolidated with Cases: CV 10-6292 DSF (PLAx); CV 10-7049 DSF (PLAx); CV 10-7385 DSF (PLAx) <br><br> JUDGE: Hon. Dale S. Fischer |

Pursuant to the Court's August 12, 2011 Order Granting Motion to Stay, which requires the "parties . . . to inform the Court of the decision of the MDL panel within five days of such decision," the Parties give notice that the MDL panel entered an Order on October 6, 2011, designating this Court as the MDL Court and transferring the constituent actions to this district "for coordinated or consolidated pretrial proceedings with" this action (*King*). The MDL panel filed a certified copy of its Order with this Court on October 7, 2011 (Document No. 92).

DATED: October 11, 2011

**MILBERG LLP**
JEFF S. WESTERMAN
DAVID E. AZAR
CHRISTIAN KEENEY

*/s/ David E. Azar*
DAVID E. AZAR

One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975
Email: jwesterman@milberg.com
dazar@milberg.com
ckeeney@milberg.com

*Counsel for Plaintiffs: Beverly King, Nancy Glennon, Hanna Bernard, Carla Chui, Maurizio Verdini, Maria Betancourt, Pedro Betancourt, and Elizabeth Daniel*

DATED: October 11, 2011

MAYER BROWN LLP
LUCIA NALE (*Pro Hac Vice*)
MICHELE L. ODORIZZI (*Pro Hac Vice*)
DEBRA BOGO-ERNST (*Pro Hac Vice*)
STEPHEN J. KANE (*Pro Hac Vice*)

*/s/ Debra Bogo-Ernst*
DEBRA BOGO-ERNST

| NOTICE OF DECISION OF MDL PANEL | - 1 - | MDL Case No. 2274 and USDC Case No.: 2:10-03792 DSF (PLAx) |
|---|---|---|

DOCS\574352v1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

71 South Wacker Drive
Chicago, Illinois  60606
Telephone: (312) 701-7403
Facsimile:  (312) 706-8474
Email: lnale@mayerbrown.com
modorizzi@mayerbrown.com
dernst@mayerbrown.com
dernst@mayerbrown.com
skane@mayerbrown.com

*Attorneys for Defendants
CitiMortgage Inc.*

| NOTICE OF DECISION OF MDL PANEL | - 2 - | MDL Case No. 2274 and USDC Case No.: 2:10-03792 DSF (PLAx) |
|---|---|---|

DOCS\574352v1

DECLARATION OF SERVICE BY CM/ECF AND/OR MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071-3149.

2. Declarant hereby certifies that on October 11, 2011, declarant served the NOTICE OF DECISION OF MDL PANEL by electronically filing the foregoing document listed above by using the Case Management/ Electronic Case filing system.

3. Declarant further certifies:

☐ All participants in the case are registered CM/ECF users and that service will be accomplished by the court's CM/ECF system

☒ Participants in the case who are registered CM/ECF users will be served by the court's CM/ECF system. Participants in the case that are not registered CM/ECF users will be served by First-Class Mail, postage pre-paid or have dispatched to a third-party commercial carrier for delivery to the non-CM/ECF participants.

4. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of October, 2011, at Los Angeles, California.

_____
CAROL KIYOTOKI

NOTICE OF DECISION OF MDL PANEL — - 3 - — MDL Case No. 2274 and USDC Case No.: 2:10-03792 DSF (PLAx)

DOCS\574352v1

## CitiMortgage
## MDL Service List & Consolidated U.S. District Court Service List

MDL No. 2274
Case No. 2:10-03792 DSF (PLAx)

| | |
|---|---|
| Jeff S. Westerman<br>David Azar<br>Christian Keeney<br>**MILBERG LLP**<br>One California Plaza<br>300 S. Grand Avenue, Suite 3900<br>Los Angeles, CA 90071<br>(213) 617-1200<br>(213) 617-1975 - facsimile<br>jwesterman@milberg.com<br>dazar@milberg.com<br>ckeeney@milberg.com | **Counsel for Plaintiffs: Beverly King, Nancy Glennon, Hanna Bernard, Carla Chui, Maurizio Verdini, Maria Betancourt, Pedro Betancourt, and Elizabeth Daniel**<br><br>C.D. California, No. 2: 10-cv-03792-DSF-PLA |
| Andrei V. Rado<br>Jessica J. Sleater<br>Jerome M. Congress<br>**MILBERG LLP**<br>One Pennsylvania Plaza, 49th Floor<br>New York, NY 10119<br>(212) 594-5300<br>(212) 868-1229 - facsimile<br>arado@milberg.com<br>jsleater@milberg.com<br>jcongress@milberg.com | |
| Rosemary M. Rivas<br>Tracy Tien<br>**FINKELSTEIN THOMPSON LLP**<br>100 Bush Street, Suite 1450<br>San Francisco, California 94104<br>(415) 398-8700<br>(415) 398-8704 - facsimile<br>rrivas@finkelsteinthompson.com<br>ttien@finkelsteinthompson.com | |
| Tracy D. Rezvani<br>**FINKELSTEIN THOMPSON LLP**<br>1050 30th St. NW<br>Washington DC 20007<br>(202) 337-8000<br>(202) 337-8090 - facsimile<br>trezvani@finkelsteinthompson.com | |

| NOTICE OF DECISION OF MDL PANEL | - 4 - | MDL Case No. 2274 and USDC Case No.:<br>2:10-03792 DSF (PLAx) |
|---|---|---|

DOCS\574352v1

Case 2:10-cv-03792-DSF-PLA Document 93 Filed 10/11/11 Page 6 of 9 Page ID #:1722

| | |
|---|---|
| Andrew J. Garcia<br>Carlin J. Phillips<br>**PHILLIPS & GARCIA, P.C.**<br>13 Ventura Drive<br>Dartmouth, MA 02747<br>(508) 998-0800<br>(508) 998-0919 – facsimile<br>agarcia@phillipsgarcia.com<br>cphillips@phillipsgarcia.com | *Via U.S. Mail* |
| James C. Sturdevant<br>Whitney Huston<br>**THE STURDEVANT LAW FIRM**<br>354 Pine Street, 4th Floor<br>San Francisco, CA 94104<br>(415) 477-2410<br>(415) 477-2420 - facsimile<br>jsturdevant@sturdevantlaw.com<br>whuston@sturdevantlaw.com | |
| Maeve Elise Brown<br>Elizabeth S. Letcher<br>Noah Zinner<br>Cynthia Singerman<br>**HOUSING AND ECONOMIC RIGHTS ADVOCATES**<br>1814 Franklin Street, Suite 1040<br>Oakland, CA 94612<br>(510) 271-8443<br>(510) 868-4521- facsimile<br>melisebrown@heraca.org<br>eletcher@heraca.org<br>esingerman@heraca.org | *Via U.S. Mail* |
| Gene Joseph Stonebarger<br>**STONEBARGER LAW**<br>75 Iron Point Circle, Suite 145<br>Folsom, CA 95630<br>(916) 235-7141<br>(916) 235-7141 - facsimile<br>gstonebarger@stonebargerlaw.com | **Counsel for Plaintiff: Balbir Singh**<br>E.D. California, No. 2: 11-cv-00793-KJM-GGH |
| Mark Richard Miller<br>**WEXLER WALLACE LLP**<br>55 W. Monroe Street *3300<br>Chicago, IL 60603<br>(312) 346-2222<br>(312) 346-0022 - facsimile<br>rnrm@wexlerwallace.com | **Counsel for Plaintiffs: Leslie Barry, John Petrides, and Maria Petrides**<br>N.D. Illinois, No. 1: 11-cv-02918 |

NOTICE OF DECISION OF MDL PANEL — - 5 - — MDL Case No. 2274 and USDC Case No.: 2:10-03792 DSF (PLAx)

DOCS\574352v1

| | |
|---|---|
| Sherrie R. Savett<br>Russell D. Paul<br>Eric Lechtzin<br>**BERGER & MONTAGUE, PC**<br>1622 Locust Street<br>Philadelphia, PA 19103<br>(215) 875-3000<br>(215) 875-5715 - facsimile<br>ssavett@bm.net<br>rpaul@bm.net<br>elechtzin@bm.net | |
| Mark J. Tamblyn<br>**WEXLER WALLACE LLP**<br>455 Capitol Mall, Suite 231<br>Sacramento, CA 95814<br>(916) 492-1100<br>(916) 492-1124<br>mjt@wexlerwallace.com | |
| Alexandra C. Warren<br>Brendan S. Thompson<br>Charles J. LaDuca<br>Matthew L. Wiener<br>**CUNEO GILBERT & LADUCA LLP**<br>507 C Street NE<br>Washington DC 20002<br>(202) 789-3960<br>(202) 789-1813 - facsimile<br>awarren@cuneolaw.com<br>brendant@cuneolaw.com<br>charles@cuneolaw.com<br>wiener_matthew@yahoo.com | **Counsel for Plaintiff: Brian Costigan**<br>S.D. New York, No. 1:10-cv-08776-SAS |
| Preetpal Grewal<br>**CUNEO GILBERT & LADUCA LLP**<br>Rockefeller Center<br>620 Fifth Avenue<br>New York, NY 10020<br>(202) 789-3960<br>(202) 789-1813 - facsimile<br>pgrewal@cuenolaw.com | |
| Gerald W. Crawford<br>Nicholas J. Mauro<br>**CRAWFORD QUILTY & MAURO LAW FIRM**<br>1701 Ruan Center<br>666 Grand Avenue<br>Des Moines, IA 50309<br>(515) 245-5420<br>(515) 245-5421- facsimile<br>crawford@crawfordlawfirm.com<br>mauro@crawfordlawfirm.com | |

| NOTICE OF DECISION OF MDL PANEL | - 6 - | MDL Case No. 2274 and USDC Case No.: 2:10-03792 DSF (PLAx) |

DOCS\574352v1

| | | |
|---|---|---|
| 1 | Robert Shelquist<br>**LOCKRIDGE GRINDAL & NAUEN PLLP**<br>100 Washington Ave S.<br>Suite 2200<br>Minneapolis, MN 55401<br>(612) 339-6900<br>(612) 339-0981- facsimile<br>rkshelquist@locklaw.com | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | Lawrence J Friscia<br>**FRISCIA & ASSOCIATES LLC**<br>17 Academy Street, Penthouse<br>Newark, NJ 07102<br>(973) 500-8024<br>(888) 809-3747 - facsimile<br>lawrence.friscia@friscialaw .com | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | David Ian Greenberger<br>Matthew James McDonald<br>**LIDDLE & ROBINSON LLP**<br>800 Third Avenue, 8th Floor<br>New York, NY 10022<br>(212) 687-8500<br>(212) 687-1505 - facsimile<br>dgreenberger@liddlerobinson.com<br>mmcdonald@liddlerobinson.com | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | Kevin Costello<br>Shennan Alexandra Kavanagh<br>**RODDY KLEIN & RYAN**<br>727 Atlantic Avenue, 2nd Floor<br>Boston, MA 02111<br>(617) 357-5500<br>(617) 357-5030 - facsimile<br>klein @roddykleinryan.com<br>costello@roddykleinryan.com<br>kavanagh@roddykleinryan.com | **Counsel for Plaintiffs: Davidson Calfee, Robert Gatti, Daniel Korzep, and Karen Grover**<br>D. Massachusetts, No. 1:10-cv-12051-WGY |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | Charles M. Delbaum<br>Stuart T. Rossman<br>**NATIONAL CONSUMER LAW CENTER**<br>7 Winthrop Square, 4th Floor<br>Boston, MA 02110<br>(617) 542-8010<br>(617) 542-8033 - facsimile<br>cdelbaum@nclc.org<br>srossman @nclc.org | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| NOTICE OF DECISION OF MDL PANEL | - 7 - | MDL Case No. 2274 and USDC Case No.: 2:10-03792 DSF (PLAx) |

DOCS\574352v1

| | |
|---|---|
| Lisa J. Rodriguez<br>Nicole M. Acchione<br>**TRUJILLO, RODRIGUEZ & RICHARDS, LLP**<br>258 Kings Highway East<br>Haddonfield, NJ 08033<br>(856) 795-9002<br>lisa@trrlaw.com<br>nacchione@trrlaw.com | **Counsel for Plaintiffs: Juan Silva, Elizabeth Silva Farias**<br>D. New Jersey, No. 2: 11-cv-01432-WHW-CCC<br><br>**And for Plaintiff: Jo Ann Gastineau**<br>D. New Jersey, No. 3: 11-cv-02773-AET-TJB |
| Sherrie R. Savett<br>Russell D. Paul<br>Eric Lechtzin<br>**BERGER & MONTAGUE, PC**<br>1622 Locust Street<br>Philadelphia, PA 19103<br>(215) 875-3000<br>(215) 875-5715 - facsimile<br>ssavett@bm.net<br>rpaul@bm.net<br>elechtzin@bm.net | **Counsel for Plaintiff: William T. Whiting**<br>E.D. Pennsylvania, No. 2: 11-cv-02318-ER<br><br>**And for Plaintiffs: David G. DeRosa, Erin N. Logan, Janie L. Glover, Minnie Glover, James A. Garcia, Jennifer Garcia, Renee Johnson, and Stephen B. Johnson**<br>E.D. Pennsylvania, No. 2: 11-cv-02914-ER |
| R. Bruce Allensworth<br>Brian M. Forbes<br>Robert W. Sparkes, III<br>**K&L GATES LLP**<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111<br>(617) 261-3100<br>(617) 261-3175 - facsimile<br>bruce.allensworth@klgates.com<br>brian.m.forbes@klgates.com<br>robert.sparkes@klgates.com | **Counsel for CitiMortgage, Inc.** |
| Lucia Nale (Pro Hac Vice)<br>Michele L. Odorizzi (Pro Hac Vice)<br>Debra Bogo-Ernst (Pro Hac Vice)<br>Stephen J. Kane (Pro Hac Vice)<br>**MAYER BROWN LLP**<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>(312) 782-0600<br>(312) 701-7711 - facsimile<br>lnale@mayerbrown.com<br>modorizzi@mayerbrown.com<br>dernst@mayerbrown.com<br>dernst@mayerbrown.com<br>skane@mayerbrown.com | |