JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ELIZABETH DANIEL,<br><br>    Plaintiff,<br><br> v.<br><br>CITIMORTGATE, INC., a New York Corporation,<br><br>    Defendant. | Case No. 2:10-cv-03792 DSF (PLAx)<br><br>**ORDER DISMISSING THE CLAIMS OF PLAINTIFF ELIZABETH DANIEL WITH PREJUDICE**<br><br>District Judge:<br>Hon. Dale S. Fischer<br><br>Magistrate Judge: Paul L. Abrams |

# ORDER

On January 16, 2020, Plaintiff Elizabeth Daniel ("Plaintiff") and Defendant CitiMortgage, Inc. ("Defendant") (together "the Parties"), filed a Stipulation to Dismiss the Claims of Plaintiff Hanna Bernard With Prejudice. The Court, having considered the Parties' Stipulation, and good cause appearing, hereby orders that:

1. Plaintiff Elizabeth Daniel's claims against CitiMortgage asserted in this litigation are dismissed with prejudice; and

2. Each party shall bear its own costs and fees.

IT IS SO ORDERED.

DATED: January 17, 2020

*Dale S. Fischer*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE